1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ODELL HOBBS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EDMONDS, a Washington municipal corporation,<br><br>Defendant. | Case No. 17-753RSM<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

This matter comes before the Court on Plaintiff's Motion to Withdraw as Counsel. Dkt. #5-1. Pursuant to Local Rule 83.2(b), Plaintiff Odell Hobbs moves the Court for an order permitting Ken Mitchell-Phillips and the law offices of Ken Mitchell-Phillips, P.C., to withdraw as attorney of record for Plaintiff. *Id*. The supporting affidavit provides Odell Hobbs' address and telephone number as required by Local Rule 83.2(b)(1). Dkt #5-2 at 1. This Motion is unopposed.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that:

1. Plaintiff's Motion to Withdraw as Counsel (Dkt. #5-1) is GRANTED.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - 1

2. The Court directs that Ken Mitchell-Phillips and the law offices of Ken Mitchell-Phillips, P.C., be terminated as counsel for Plaintiff in this case. Plaintiff is currently without counsel.

3. All further correspondence to Plaintiff shall be sent to his address at:

15120 279th Place, NE, Duvall WA 98019.

DATED this 31 day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - 2